NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JACK BATES RIDER, III, *Petitioner.*

No. 1 CA-CR 19-0187 PRPC
FILED 10-31-2019

Petition for Review from the Superior Court in Yavapai County
No. V1300CR201280534
The Honorable Christopher L. Kottke, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Michael P. McGill
*Counsel for Respondent*

Jack Bates Rider, III, San Luis
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones, Judge James B. Morse Jr., and Judge Diane M. Johnsen delivered the decision of the Court.

**P E R   C U R I A M**:

¶1        Jack Rider, III, seeks review of the superior court's order dismissing his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is the petitioner's first successive petition.

¶2        Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012).  It is the petitioner's burden to show that the superior court abused its discretion in denying the petition. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

¶3        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that the petitioner has not shown any abuse of discretion.

¶4        Accordingly, we grant review and deny relief.

